# Court of Appeals
# of the State of Georgia

ATLANTA, January 04, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0720. AKEEM WARNEY v. MADISON KING et al.**

This case originated as a dispossessory action in magistrate court. The magistrate court issued a writ of possession against Akeem Warney, and Warney appealed to the superior court. The superior court also issued a writ of possession against Warney, who thereafter filed this direct appeal to the Georgia Supreme Court, which transferred the matter to this Court. See Case No. S24A0232 (Nov. 16, 2023). We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); accord OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Warney's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office,
Atlanta, 01/04/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_

, Clerk.